1  RANDO A. RODRIGUEZ (SBN: 221417)
   UNITED LAW CENTER
2  3013 Douglas Blvd., Suite 200
   Roseville, CA 95661
3  Office: (916) 367-0630
   Facsimile:   (916) 265-9000
4

5  Attorneys for Plaintiffs
   STEVE AND MARY ELLEN SMITH
6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| STEVE AND MARY ELLEN SMITH, individuals, | ) | Case No.: 2:15-cv-00097-JAM-CMK |
|---|---|---|
| Plaintiffs, | ) | **JOINT NOTICE OF DISMISSAL; ORDER** |
| v. | ) | |
| BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-12; and DOES 1 through 20 inclusive, | ) | |
| Defendants. | ) | |

Plaintiffs STEVE AND MARY ELLEN SMITH, and Defendants BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2004-12, (hereafter the Parties) by and through their counsel of record, hereby request that the Court dismisses the above-entitled matter, with prejudice.

1
JOINT NOTICE OF DISMISSAL; [PROPOSED ORDER]

Respectfully Submitted,

DATED: August 11, 2015 **UNITED LAW CENTER**
A Professional Law Corporation


By: /s/ Rando Rodriguez
_____
Rando A. Rodriguez
Attorney for Plaintiffs
Steve and Mary Ellen Smith


DATED: **REED SMITH LLP**


By:
_____
Payal K. Cadman
Attorney for Defendants
Bank of America, N.A.; and The Bank of New York Mellon fka The Bank of New York As Trustee For the Certificateholders Of The CWABS, Inc., Asset-Backed Certificates, Series 2004-12

## ORDER

IT IS HEREBY ORDERED, that the Court dismisses the entire case with prejudice.

IT IS SO ORDERED.

```
Dated: August 14, 2015
```
/s/ John A. Mendez
Hon. JOHN A. MENDEZ
United States District Court, Eastern District of California

**SMITH V. BANK OF AMERICA, N.A., et al.**
**United States District Court – Eastern District**
**CASE NO.: 2:15-cv-00097**

## CERTIFICATE OF SERVICE

**I, Kassandra Montgomery, certify and declare as follows:**

I am over the age of 18 years and not a party to this action.

My business address is, 3013 Douglas Blvd., Suite 200, Roseville, California, 95661.

This **JOINT NOTICE OF DISMISSAL; [PROPOSED ORDER]** filed through the ECF system was previously sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 11th day of August 2015.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED LAW CENTER
A Professional Law Corporation

By:      /S/ Kassandra Montgomery
         Kassandra Montgomery, Paralegal

4
JOINT NOTICE OF DISMISSAL; [PROPOSED ORDER]